UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE CITY OF SOUTH BEND, INDIANA and the SOUTH BEND REDEVELOPMENT COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY<br><br>Defendant. | Case No. 1:19-cv-2732 |

## NOTICE OF REMOVAL

Defendant Lexington Insurance Company ("Lexington"), by counsel, removes this civil action from the Marion County Superior Court, Civil Division 5, to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and S.D. Ind. L.R. 81-1 for the following reasons:

1.	On June 10, 2019, The City of South Bend, Indiana (the "City") and the South Bend Redevelopment Commission (the "SBRC") (collectively, the "Plaintiffs") filed a civil action against Lexington in Marion County Superior Court, Civil Division 5 entitled *The City of South Bend, Indiana and the South Bend Redevelopment Commission v. Lexington Insurance Company*, under Cause No. 49D05-1906-PL-023299, seeking a declaratory judgment and for breach of contract.

2.	Lexington received, via registered mail, the Summons and Complaint on or about June 17, 2019. Pursuant to S.D. Ind. L.R. 81-2, a copy of the State Court Record, including a copy of the docket sheet for the Marion County Superior Court, Civil Division 5 and copies of all

process and pleadings received and/or filed by Lexington, are attached and incorporated herein as Exhibit A.

3. This notice of removal is being filed within 30 days after Defendant's receipt of Plaintiffs' initial pleading, through service, in this matter and therefore is timely under 28 U.S.C. § 1446(b).

4. The Complaint provides no information concerning the citizenship of either the City or SBRC, and no information at all concerning Plaintiff SBRC.

5. The City is a municipality located in St. Joseph County, in the State of Indiana. The City is a citizen of the State of Indiana.

6. Upon information and belief, SBRC was established by the City to address conditions associated with the blight and underutilization of land and/or barriers to development within the City's limits. The SBRC is established under Ind. Code § 36-7-14-3. Pursuant to Ind. Code § 36-7-14-12.2(a)(11), the SBRC has the power to institute and defend in the name of the City any civil action. The SBRC is a citizen of the State of Indiana.

7. Lexington is a corporation organized under the laws of the State of Delaware with its principal place of business located in Boston, Massachusetts. Lexington is a citizen of the States of Delaware and Massachusetts.

8. Thus, there is complete diversity of citizenship among all parties involved. 28 U.S.C. § 1332(c) (2018).

9. The Complaint seeks a judgment declaring that Lexington must indemnify the City for costs incurred with respect to losses resulting from contamination of property along West Indiana Avenue in South Bend, Indiana (the "South Bend Parcels") that it allegedly owns. Exhibit A, ¶¶ 1, 5, 17. The first cause of action in the Complaint seeks a declaration that

Lexington is obligated to provide insurance coverage for property damage arising from accidental contamination to the South Bend Parcels. Exhibit A, ¶ 33.

10. The Complaint also contains a cause of action for breach of contract. The second cause of action in the Complaint alleges that the policies of insurance issued by Lexington to the City obligate Lexington to fully indemnify the City for all property damage loss as a result of accidental contamination, and that Lexington's refusal to fully indemnify the City is a breach of its obligations under the policies. Exhibit A, ¶ 1, 35, 36.

11. According to the Complaint, the contamination at the South Bend Parcels was caused by releases from 3 sources: a dry cleaner operating on a neighboring property at 702 West Indiana Avenue, South Bend, Indiana ("Sherman's Cleaners") from at least 1958 to 2003; a dry cleaner operating at 716 West Indiana Avenue, South Bend, Indiana ("Jacob's Cleaners") between 1934 to 1944; and dumping by unknown parties. Exhibit A, ¶ 5. In 2015, the City discovered that PCE and daughter products had contaminated the South Bend Parcels and conducted an investigation, eventually suing the current and former owners of the Sherman's Cleaner site in the U.S. District Court for the Northern District of Indiana. Exhibit A, ¶ 5, 11. The Sherman's Cleaner site is in the IDEM State Cleanup Program, although, to date, there has been no liability assigned for the contamination. Exhibit A, ¶ 12-15.

12. The Complaint provides no information concerning the amount in controversy. However, the Complaint alleges that the losses to the South Bend Parcels are covered under the "Accidental Contamination" section under the Policies, for which there is a sublimit of Two Hundred Fifty Thousand Dollars ($250,000). Exhibit A, ¶ 20. Further, the Complaint alleges that the loss was caused by "vandalism" or "malicious mischief" such that the full limits of the Policies are available. Exhibit A, ¶ 25.

13. Lexington has a good faith belief that the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000).

14. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b), as it is a civil action where there is diversity of citizenship and, upon information and belief, the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

15. Complete diversity exits, and jurisdiction is proper as required by 28 U.S.C. § 1332(a), as Plaintiffs are citizens of the State of Indiana, brought this action in Marion County, Indiana, and Lexington is not a citizen of the State of Indiana.

16. Because the State Court action was filed in Marion County, Indiana, the District Court for the Southern District of Indiana, Indianapolis Division. is the proper venue. *See* 28 U.S.C. §§ 94(b)(1), 1441(a).

17. On July 3, 2019, a copy of the Notice of Filing of this Notice of Removal was filed contemporaneously with this Notice via the Indiana Electric Filing System with the Marion County Superior Court, Civil Division 5, pursuant to Ind. Trial Rule 5(F), and was served upon all counsel in this action.

WHEREFORE, Defendant, Lexington Insurance Company, by counsel, respectfully gives notice that this civil action is removed to this Court from the Marion County Superior Court.

GARDNER & RANS P.C.

_____
Christopher Uyhelji, #28814-53
*Attorney for Defendant*
*Lexington Insurance Company*

GARDNER & RANS P.C.
202 South Michigan Street
Suite 801
South Bend, IN 46601
(574) 233-6035; (574) 233-6046 [fax]
cuyhelji@gardnerandrans.com

-and-

MOUND COTTON WOLLAN & GREENGRASS LLP
One New York Plaza, 44th Floor
New York, NY 10005
(212) 804-2400; (212) 344-8066 [fax]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via email and/or the CM/ECF electronic filing system on July 03, 2019 to:

Thao T. Nguyen
Plews Shadley Racher & Braun LLP
53732 Generations Drive
South Bend, IN 46635
(574) 273-1010
tnguyen@psrb.com

Sean M. Hirschten
Plews Shadley Racher & Braun LLP
1346 N. Delaware Street
Indianapolis, IN 46202
(317) 637-0700
shirschten@psrb.com

*Attorneys for Plaintiffs*

GARDNER & RANS P.C.

_____
Christopher Uyhelji
*Attorney for Defendant*
*Lexington Insurance Company*