7/3/2019 Summary - MyCase

Case 1:19-cv-02732-JPH-MPB   Document 1-2   Filed 07/03/19   Page 1 of 14 PageID #: 7

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## THE CITY OF SOUTH BEND, INDIANA, SOUTH BEND REDEVELOPMENT COMMISSION v. LEXINGTON INSURANCE COMPANY

| Case Number | 49D05-1906-PL-023299 |
| --- | --- |
| Court | Marion Superior Court, Civil Division 5 |
| Type | PL - Civil Plenary |
| Filed | 06/10/2019 |
| Status | 06/10/2019 , Pending  (active) |

## Parties to the Case

Defendant   LEXINGTON INSURANCE COMPANY

Attorney
Christopher J Uyhelji
*#2881453, Retained*

KeyBank Building
202 S. Michigan Street
Suite #801
South Bend, IN 46601
574-233-6035(W)

Plaintiff     THE CITY OF SOUTH BEND, INDIANA

Attorney
Thao Trong Nguyen
*#2503071, Lead, Retained*

53732 Generations Drive
South Bend, IN 46530
574-273-1010(W)

Attorney
Sean Michael Hirschten
*#2928349, Retained*

1346 N Delaware ST
Indianapolis, IN 46202
317-637-0700(W)

Plaintiff     SOUTH BEND REDEVELOPMENT COMMISSION

Attorney
Thao Trong Nguyen
*#2503071, Lead, Retained*

53732 Generations Drive
South Bend, IN 46530
574-273-1010(W)

Attorney
Sean Michael Hirschten
*#2928349, Retained*

1346 N Delaware ST
Indianapolis, IN 46202
317-637-0700(W)

## Chronological Case Summary

| | | |
|---|---|---|
| 06/10/2019 | **Case Opened as a New Filing** | |

06/11/2019   **Complaint/Equivalent Pleading Filed**
2019-06-10 Complaint FINAL.pdf
2019-06-10 Complaint Ex A.pdf
2019-06-10 Complaint Ex B.pdf
COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, AND DAMAGES

| Filed By: | THE CITY OF SOUTH BEND, INDIANA |
|---|---|
| Filed By: | SOUTH BEND REDEVELOPMENT COMMISSION |
| File Stamp: | 06/10/2019 |

06/11/2019   **Appearance Filed**
Appearance of T. Nguyen and S. Hirschten for Plaintiffs

| For Party: | THE CITY OF SOUTH BEND, INDIANA |
|---|---|
| For Party: | SOUTH BEND REDEVELOPMENT COMMISSION |
| File Stamp: | 06/10/2019 |

06/11/2019   **Subpoena/Summons Filed**
Proposed Summons

| Filed By: | THE CITY OF SOUTH BEND, INDIANA |
|---|---|
| Filed By: | SOUTH BEND REDEVELOPMENT COMMISSION |
| File Stamp: | 06/10/2019 |

06/25/2019   **Service Returned Served (E-Filing)**
Return of Service of Summons to Lexington Insurance Company

| Filed By: | THE CITY OF SOUTH BEND, INDIANA |
|---|---|
| Filed By: | SOUTH BEND REDEVELOPMENT COMMISSION |
| File Stamp: | 06/24/2019 |

07/03/2019   **Appearance Filed**
Appearance of Christopher J. Uyhelji

| For Party: | LEXINGTON INSURANCE COMPANY |
|---|---|
| File Stamp: | 07/03/2019 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### THE CITY OF SOUTH BEND, INDIANA
Plaintiff

### Balance Due (as of 07/03/2019)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 06/11/2019 | Transaction Assessment | 157.00 |
| 06/11/2019 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY _____ COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

THE CITY OF SOUTH BEND, INDIANA )
and the SOUTH BEND REDEVELOPMENT )
COMMISSION, )
                                            )
         Plaintiffs, )
                                            )
v. )
                                            )
LEXINGTON INSURANCE COMPANY, )
                                            )
         Defendant. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:    Initiating  X       Responding \_\_\_\_\_      Intervening \_\_\_\_\_

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    **The City of South Bend, Indiana and the South Bend Redevelopment Commission**

2.    Attorney information for service as required by Trial Rule 5(B)(2):

    Thao T. Nguyen (Atty. No. 25030-71)
    Plews Shadley Racher & Braun LLP
    53732 Generations Drive
    South Bend, IN 46635
    (574) 273-1010
    Fax (574) 271-2050
    tnguyen@psrb.com

    Sean M. Hirschten (Atty. No. 29283-49)
    Plews Shadley Racher & Braun LLP
    1346 N. Delaware Street
    Indianapolis, IN 46202
    (317) 637-0700
    Fax (317) 637-0710
    shirschten@psrb.com

3. This is a PL case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:
   FAX at the above noted number: Yes ____ No __X__
   Email at the above noted number: Yes __X__ No ____

5. This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*

7. This case involves a petition for involuntary commitment. Yes ____ No __X__

8. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

9. Additional information required by local rule: __N/A_____

Respectfully Submitted,

_s/ Thao T. Nguyen_____
Attorney for the City of South Bend, Indiana and
the South Bend Redevelopment Commission

Thao T. Nguyen, Atty. No. 25030-71
Plews Shadley Racher & Braun LLP
53732 Generations Drive
South Bend, IN 46635
(574) 273-1010
Fax (574) 271-2050

Sean M. Hirschten, Atty. No. 29283-49
Plews Shadley Racher & Braun LLP
1346 N. Delaware Street
Indianapolis, IN 46220
(317) 637-0700
Fax (317) 637-0710

49D05-1906-PL-023299
Marion Superior Court, Civil Division 5

Filed: 6/10/2019 3:05 PM
Clerk
Marion County, Indiana

# SUMMONS

THE CITY OF SOUTH BEND, INDIANA and the

SOUTH BEND REDEVELOPMENT COMMISSION
Plaintiff

—vs—

LEXINGTON INSURANCE COMPANY

Defendant

In the Marion Superior Court, Room No. _____

Cause No. _____

TO DEFENDANT: (Name) _____ **Lexington Insurance Company**

(Address) _____ **c/o Highest Ranking Officer**

**99 High St, Floor 23, Boston, MA 02110**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated __6/11/2019__      _____ (Seal)
Clerk, Marion Superior Court

(The following manner of service of summons is hereby designated.)

[✓] Registered or certified mail.
[ ] Service at place of employment, to-wit _____
[ ] Service on individual  (Personal or copy) at above address
[ ] Service on agent. (Specify) _____
[ ] Other service. (Specify) _____

Thao T. Nguyen
**Attorney for Plaintiff**
53732 Generations Drive, South Bend, IN 46635
Address
(574) 273-1010
Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

Telephone

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

Sheriff's Costs                                                          Sheriff

                                                                         By:_____
                                                                                    Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                                                         Clerk, Marion Superior Court

Dated: _____, 20_____         By: _____
                                                                                    Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

                                                                         Clerk, Marion Superior Court

                                                                         By: _____
                                                                                    Deputy

---

Telephone | Address | **Attorney for Plaintiff** Thao T. Nguyen | **SHERIFF'S COSTS** | **SUPERIOR COURT ROOM NO.** | **SUMMONS** | Defendant | vs. | **SOUTH BEND REDEVELOPMENT COMMISSION** Plaintiff | Cause No. _____ Room No. _____

Case 1:19-cv-02732-JPH-MPB Document 1-2 Filed 07/03/19 Page 8 of 14 PageID #: 14

49D05-1906-PL-023299     Filed: 6/26/2019 8:09 PM
Marion Superior Court, Civil Division 5     Clerk
    Marion County, Indiana

# SUMMONS

THE CITY OF SOUTH BEND, INDIANA and the     In the Marion Superior Court, Room No.

SOUTH BEND REDEVELOPMENT COMMISSION

              Plaintiff

         -vs—                                                      Cause No. _____

LEXINGTON INSURANCE COMPANY

              Defendant

TO DEFENDANT: (Name) **Lexington Insurance Company**

           (Address) **c/o Highest Ranking Officer**

                    **99 High St, Floor 23, Boston, MA 02110**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated __6/11/2019__          _Myla A. Eldridge_          (Seal)
                               Clerk, Marion Superior Court

(The following manner of service of summons is hereby designated.)

- [✓] Registered or certified mail.
- [ ] Service at place of employment, to-wit _____
- [ ] Service on individual (Personal or copy) at above address.
- [ ] Service on agent. (Specify) _____
- [ ] Other service. (Specify) _____

**Thao T. Nguyen**
**Attorney for Plaintiff**
53732 Generations Drive, South Bend, IN 46635
Address

(574) 273-1010
Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204
Telephone

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant _____

(2) By leaving a copy of the Summons and a copy of the complaint at _____
which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

Sheriff's Costs                                              Sheriff

                                                             By: _____
                                                                    Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20. _____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Marion Superior Court

Dated: _____, 20_____   By: _____
                                                    Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant **Lexington Ins. Co.** was accepted by the defendant on the **14** day of **June**, 20**19**.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20_____.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by **Krista Cox, Paralegal** on behalf of said defendant on the _____ day of _____, 20_____.

~~Clerk, Marion Superior Court~~

By: **Krista Cox    6/24/19**
    ~~Deputy~~

---

SUMMONS — SUPERIOR COURT ROOM NO. ___ — SHERIFF'S COSTS

SOUTH BEND REDEVELOPMENT COMMISSION, Plaintiff vs. _____ Defendant

Cause No. ___   Room No. ___

Thao T. Nguyen, Attorney for Plaintiff
Address
Telephone





| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY COURT |
| | ) SS: | |
| MARION COUNTY | ) | CAUSE NO: 49D05-1906-PL-023299 |

THE CITY OF SOUTH BEND, INDIANA  )
And the SOUTH BEND REDEVELOPMENT  )
COMMISSION,  )
  )
      Plaintiffs,  )
  )
v.  )
  )
LEXINGTON INSURANCE COMPANY.  )
  )
      Defendant.  )

## APPEARANCE FORM (CIVIL)
### Responding Party

1.   <u>Lexington Insurance Company</u>
   Name or names of responding party or parties
   (Supply names of additional responding parties on continuation page.)

2.   Address of pro se responding party or parties (as applicable for service of process):

   Name: _____        Name: _____
   Address: _____        Address: _____
   _____       _____

   (Supply names of additional pro se responding parties on continuation page.)

3.   Attorney information (as applicable for service of process):

   Name:   <u>Christopher J. Uyhelji</u>    Attorney No. <u>#28814-53</u>
   Address: <u>KeyBank Building</u>    Phone:   <u>(574) 233-6035</u>
           <u>202 S. Michigan Street, Suite 801</u>
           <u>South Bend, IN 46601</u>    FAX:   <u>(574) 233-6046</u>
   Computer Address: <u>cuyhelji@gardnerandrans.com</u>

   (Supply information for additional attorneys on continuation page.)

4.   Will responding party accept FAX service: Yes <u>X</u>  No _____
   If yes, FAX No. <u>(574) 233-6046</u>.

5.     Additional information required by state or local rule:

6.     (Optional) Additional information to supplement the appearance form submitted by the responding party:

Authority: Pursuant to Trial Rule 3.1(B), this form shall be filed upon the first appearance in the case. In emergencies, the requested information shall be supplied when it becomes available. Parties shall advise the court of a change in information previously provided to the court. This format is approved by the Division of State Court Administration.

Use additional continuation pages if needed.

_____
Christopher J. Uyhelji, #28814-53

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 3rd day of July, 2019, a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein by depositing same in the United States Mail in envelopes properly addressed and with sufficient postage affixed thereto, via email, or via the electronic filing system:

Thao Trong Nguyen
53732 Generations Drive
South Bend, IN 46530

Sean Michael Hirschten
1346 N. Delaware Street
Indianapolis, IN 46202

Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Floor
New York, NY 10005

_____
Christopher J. Uyhelji #28814-53